UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 08 304T

| | | |
|---|---|---|
| **JOCELYN BUSHEY,**<br>**Plaintiff** | : | |
| **vs.** | : | **C.A. No. 08-** |
| **CVS CAREMARK CORPORATION**<br>**d/b/a CVS PHARMACY,**<br>**Defendant** | : | |

## VERIFIED COMPLAINT

### I. Introduction

This is an action brought by the Plaintiff seeking declaratory and injunctive relief and other equitable relief, as well as compensatory and liquidated damages, attorneys' fees and other litigation expenses to redress unlawful sex discrimination the Plaintiff suffered in violation of the Fair Labor Standards Act of 1938, 29 U.S.C. §201, *et seq*. incorporating therein the Equal Pay Act, 29 U.S.C. §206(d) ("EPA").

### II. Parties

1. The Plaintiff is a female who resides in the Town of Lincoln, County of Providence, State of Rhode Island.

2. Defendant CVS Caremark Corporation d/b/a CVS Pharmacy ("CVS") is a Delaware corporation with its principal place of business located in the City of Woonsocket, County of Providence, State of Rhode Island.

### III. Jurisdiction

3. This Court has jurisdiction over the Plaintiff's claims pursuant to 29 U.S.C. §216.

### IV. Venue

4. Venue is proper in this Court in accordance with 28 U.S.C. §1391.

suffer loss of income, including future salary, pension benefits and other great harm and has and continues to be deprived of her rights secured under the EPA.

## VI. Prayers for Relief

**WHEREFORE**, the Plaintiff respectfully prays that this Court grant the following relief:

1. A declaratory judgment declaring that the Defendant willfully violated the Equal Pay Act, 29 U.S.C. §206(d) in the manner complained of herein.

2. In the alternative, a declaratory judgment declaring that the Defendant violated the Equal Pay Act, 29 U.S.C. §206(d) in the manner complained of herein.

3. Enjoining and permanently restraining the Defendants from violating the Equal Pay Act, 29 U.S.C. §206(d).

4. An award of liquidated damages pursuant to 29 U.S.C. §216(b).

5. An award of reasonable attorneys' fees and costs of litigation pursuant to 29 U.S.C. §216(b).

6. An award of other appropriate equitable relief pursuant to 29 U.S.C. §216(b).

7. An award of back pay, including incremental increases, pension rights and other benefits, plus prejudgment interest thereon.

8. Such other and further relief as the Court deems just and proper.

## VII. Demand for Jury Trial

The Plaintiff hereby demands a trial by jury on all counts so triable.

## VIII. Designation of Trial Counsel

The Plaintiff hereby designates V. Edward Formisano, Esquire, as trial counsel.

## IV. Verification

I, Jocelyn Bushey, hereby verify that I have read the foregoing Verified Complaint and that the allegations contained therein are true and accurate, except for those based on information and belief, and as to those I believe them to be true and accurate.

Signed under the pains and penalties of perjury this 7 day of August, 2008.

Jocelyn Bushey

Subscribed and sworn to me in the City/Town of Lincoln, in the County of Providence, State of Rhode Island, this 7 day of August, 2008.

Notary Public:
My commission expires: 5/17/09

Submitted on Behalf of the Plaintiff by her Attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)